**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**ANGELEN BLACK**                                                                    **PLAINTIFF**

**V.**                                              **CIVIL ACTION NO.  3:22-cv-315-HTW-MTP**

**SECURITAS SECURITY SERVICES USA, INC.**                        **DEFENDANT**


**ORDER OF DISMISSAL**

The parties having advised the court that they have reached a settlement on February 20, 2024, and the court being desirous that this case be finally closed on its active docket,

HEREBY ORDERS that this case is hereby dismissed, without prejudice, as to all parties. The parties shall submit a Final Agreed Judgment within (45) days of this Order.

If any party fails to consummate this settlement within FORTY-FIVE (45) DAYS, any aggrieved party may reopen the case for enforcement of the settlement agreement and, if successful, all additional attorney's fees and costs from the date of this order shall be awarded such aggrieved party or parties against the party failing to consummate the agreement. The Court specifically retains jurisdiction to enforce the settlement agreement.

SO ORDERED, this the 23rd day of February, 2024.

/s/HENRY T. WINGATE_____
UNITED STATES DISTRICT JUDGE